UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  PRADAXA (DABIGATRAN ETEXILATE) PRODUCTS LIABILITY LITIGATION | 3:12-md-02385-DRH<br><br>MDL No. 2385 |

**This Document Relates To:**

*Nwatulegwu et al v. Boehringer Ingelheim Pharmaceuticals Inc., et al.*         No. 15-px-1055-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered on January 8, 2016(Doc. 10), the above captioned case is **DISMISSED** with prejudice.  Each party shall bear their own costs.

> JUSTINE FLANAGAN,
> ACTING CLERK OF COURT
>
>
> BY:  /s/*Caitlin Fischer*
>            **Deputy Clerk**

**Dated:**  January 12, 2017

Digitally signed by
Judge David R. Herndon
Date: 2016.01.12
09:35:02 -06'00'

**APPROVED:**
          **U.S. DISTRICT JUDGE**
          **U. S. DISTRICT COURT**